# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| JOSEPH M. BREAUX<br>LA. DOC #510569 | CIVIL ACTION NO. 3:15-CV-2491-P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| WARDEN BURL CAIN | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE..**

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this 28th day of June, 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE